**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ramon ALVAREZ–SANCHEZ a.k.a.**
**Ramon, a.k.a. Ramon Aldaz–Al-**
**varez, Defendant–Appellant.**

No. 05–14943
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 28, 2006.

Amy Levin Weil, William H. Thomas, Jr., United States Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Ramon Alvarez–Sanchez, Talladega, AL, pro se.

Before ANDERSON, BIRCH and FAY, Circuit Judges.

PER CURIAM:

Marc N. Garber, appointed counsel for Ramon Aldaz Alvarez Sanchez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

GRANTED, and Alvarez–Sanchez's convictions and sentences are **AFFIRMED**.